IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNDER SEAL,<br><br>          Plaintiff,<br><br>     v.<br><br>UNDER SEAL,<br><br>          Defendants. | ***E-FILED - 3/6/09*** <br>CASE NO.: C-08-02020-RMW<br><br>ORDER OF DISMISSAL |
|---|---|

On October 31, 2008, the plaintiff advised that he was going to file a dismissal in this matter. He did not file a dismissal so the Clerk notified him to appear for a Case Management Conference on February 27, 2009 at 10:30 a.m. or file a dismissal by February 20, 2009.  Plaintiff did neither. Therefore,

IT IS HEREBY ORDERED that this action is dismissed in its entirety for failure to diligently prosecute..

DATED: 3/6/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL
NO. C08-02020 RMW

1

1

2  Copy of Order mailed on 3/2/09 to:

3  Terry Martin
   3616 Evergreen Drive
4  Palo Alto, CA 94303

5       *Pro Se Plaintiff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL
NO. C08-02020 RMW

2